**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RANN PHARMACY, INC.,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SHREE NAVDURGA LLC d/b/a** | : | |
| **RAMS PHARMACY, et al.,** | : | **No. 16-4908** |
| **Defendants.** | : | |

## JUDGMENT & ORDER

**AND NOW**, this **22ᵗʰ** day of **November**, **2016**, upon consideration of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Document No. 3) and the response thereto, and following the hearing conducted on September 21, 2016 and the trial on the merits conducted on November 2, 2016, and for the reasons contained in the Court's Memorandum dated November 22, 2016, it is hereby **ORDERED** that:

1.  Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Document No. 3) is **GRANTED IN PART** and **DENIED IN PART**. The Court **PERMANENTLY ENJOINS** Defendants Shree Navdurga LLC d/b/a Rams Pharmacy and Ramesh Kommineni from using the name "RAMS PHARMACY" for their pharmacy, located at 801 West Main Street in Lansdale, Pennsylvania. Defendants must comply with this order within sixty days of the date of this Order.

2.  Judgement is entered in favor of Plaintiff and against Defendants on Plaintiff's Lanham Act claim.

3.  Judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's defamation and tortious interference with prospective contractual relationships claims.

4.      The Clerk of Court is directed to close this case.

**BY THE COURT:**

_____

**Berle M. Schiller, J.**