# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANN PHARMACY, INC., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SHREE NAVDURGA LLC d/b/a | : | |
| RAMS PHARMACY, et al., | : | No. 16-4908 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **2nd** day of **June, 2017**, upon consideration of Plaintiff's Motion for Contempt (Document No. 23), Defendants' response thereto (Document No. 24), and following a hearing conducted on May 31, 2017, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**